**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2866

_____

AARON J. BRESSI,
                    Appellant

v.

JOHN GEMBIC; MICHAEL TOOMEY; PETER KAY; and VINNY CLAUSI

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. Civ. No. 4:17-cv-01405)
District Judge:  Honorable Matthew W. Brann

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 23, 2023
Before:  JORDAN, CHUNG, and NYGAARD, <u>Circuit</u> <u>Judges</u>

(Opinion filed: May 24, 2023)

_____

OPINION[*]

_____

PER CURIAM

    Proceeding pro se, Aaron Bressi filed a federal civil rights action against his

former employer and three participants in his prior criminal cases. The District Court

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

dismissed Bressi's action under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). We affirmed. <u>See</u> <u>Bressi v. Gembic</u>, 752 F. App'x 113, 115 (3d Cir. 2019) (per curiam). Years later, Bressi filed motions in the District Court requesting permission to "refile" his case. In denying the latest of the motions, the District Court determined that Bressi had "failed to establish any basis to reopen this case." Bressi now appeals that ruling. We have appellate jurisdiction under 28 U.S.C. § 1291, and, agreeing with the District Court that Bressi's motion to "refile" was baseless, we will affirm the judgment below.